**Memorandum Order issued April 25, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00589-CV

———————————

**WINNIE STACEY ALWAZZAN, Appellant**

**V.**

**ISA ALI ALWAZZAN AND INTERNATIONAL AGENCIES CO., LTD.,
Appellees**

---

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 13-FD-0848**

---

## MEMORANDUM ORDER

This Court's March 7, 2017 Memorandum Order granted the letter-motion

of the appellees, Isa Ali Alwazzan and International Agencies Co. Ltd., to dismiss

their cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1). Then this Court's March 30,

2017 Order on Motion had dismissed as moot appellees' joint motion to dismiss

this appeal for want of prosecution for failure to file a brief because appellant, Winnie Stacey Alwazzan, had filed her brief on March 27, 2017, setting appellees' brief deadline for April 26, 2017. *See id.* 38.6(b), 42.3(b).

On April 7, 2017, appellees filed a second motion to dismiss this appeal, under Rules 38.8(a) and 42.3(b) and (c). Appellees request dismissal for want of prosecution because they allege, among other things, appellant's brief was untimely filed after missing several deadlines and requesting extensions only after missing them. Because appellant's brief was already filed on March 27, 2017, appellees' second motion to dismiss this appeal for want of prosecution is **dismissed as moot**.

In the alternative, appellees had also requested reinstatement of their cross-appeal because they contend that they had submitted their withdrawal letter only because they had "reasonably believed that the Appellant had abandoned her appeal" due to the lack of communication from appellant's counsel regarding an extension request for appellant's brief. We request a response from appellant to the appellees' alternative motion to restore their voluntarily-dismissed appeal including whether we have jurisdiction over their notice of cross-appeal and to grant the relief requested in the motion.

Any appellant's response to appellees' alternative motion to restore their cross-appeal shall be filed **within 10 days** of this Memorandum Order.

2

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.